IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES A. MCKNIGHT, | ) | |
| | ) | Civil Action No. 06 - 105 |
| Plaintiff, | ) | |
| | ) | Judge Terrence F. McVerry / |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| STATE FARM INSURANCE COMPANY, | ) | Doc. Nos. 15 and 17 |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff and Defendant filed cross motions for summary judgment on October 10, 2006. However, neither motion complies with Western District Local Rule 56.1.

**THEREFORE, IT IS HEREBY ORDERED** that the Motions for Summary Judgment filed at Doc. Nos. 15 and 17 are **DENIED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that the parties shall file a motion for summary judgment that complies with WDLR 56.1 on or before October 25, 2006.

**IT IS SO ORDERED** this 11th day of October, 2006.

In accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.1.4(B) of the Local Rules for Magistrate Judges, the parties are allowed ten (10) days from the date of service of a copy of this Order to file objections to this Order. Any party opposing the objections shall have seven (7) days from the date of service of objections to respond thereto. Failure to file timely objections may constitute a waiver of any appellate rights.

BY THE COURT:

_____
LISA PUPO LENIHAN
U.S. MAGISTRATE JUDGE

cc: Hon. Terrence F. McVerry
United States District Judge

All Counsel of Record
*Via Electronic Mail*