IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES A. McKNIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-0105 |
| | ) | |
| v. | ) | Judge Terrence F. McVerry |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| STATE FARM INSURANCE COMPANY, | ) ) | Doc. Nos. 20, 24 |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM ORDER**

Plaintiff's complaint was received by the Clerk of Court on January 25, 2006, with Notice of Removal from the Court of Common Pleas of Allegheny County, and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The Magistrate Judge's Report and Recommendation (Doc. No. 32), filed on August 24, 2007, recommended that the Plaintiff's Motion for Summary Judgment (Doc. No. 20) be granted, and that Defendants' Motion for Summary Judgment (Doc. No. 24) be denied. Service was made on all counsel of record. The parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.1.4(B) of the Local Rules for Magistrate Judges, that they had ten (10) days to file any objections. No objections have been filed.

After review of the pleadings, briefs, and other documents in the case, together with the Report and Recommendation, the following order is entered:

**AND NOW**, this 13th day of September, 2007,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Summary Judgment (Doc. No. 20) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (Doc. No. 24) is **DENIED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (Doc. No. 32) of Magistrate Judge Lenihan, dated August 24, 2007, is adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk shall mark this case as closed.

BY THE COURT:

s/ Terrence F. McVerry
United States District Judge


cc:  Lisa Pupo Lenihan
     U.S. Magistrate Judge

     All Counsel of Record
     *Via Electronic Mail*